UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VALERIE WOLF,

     Plaintiff,

v.                                                              CASE NO. 8:13-cv-3222-T-23PDB

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

## ORDER

An October 15, 2015 report (Doc. 23) recommends granting the Commissioner's unopposed motion (Doc. 18) to reverse the Commissioner's decision and to remand this action to the Commissioner.  Sentence four of 42 U.S.C. § 405(g) states, "The court shall have power to enter . . . a judgment affirming, modifying, or reversing the decision of the Commissioner . . . , with or without remanding the cause for a rehearing."  The report and recommendation (Doc. 23) is **ADOPTED**.  The motion (Doc. 18) is **GRANTED**.  The Commissioner's decision is **REVERSED**, and this action is **REMANDED** to the Commissioner.  The clerk is directed (1) to enter a judgment for Valerie Wolf and against the Commissioner and (2) to close the case.

ORDERED in Tampa, Florida, on November 4, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE