United States District Court
Middle District of Florida
Tampa Division

**VALERIE WOLF,**

    *Plaintiff,*

v.                                                                                         NO. 8:13-cv-3222-T-23PDB

**COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant.*

## Order

The plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, includes no affidavit, no information about the two lawyers who provided the services, and no breakdown of which lawyer performed which service.* *See generally* Doc. 31. By **March 11, 2016**, she may supplement her motion with sufficient information to satisfy her burden that $188.51 is the prevailing market rate in Tampa for similar services by lawyers of reasonably comparable skills, experience, and reputation. *See Norman v. Housing Auth. of City of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988) (holding movant bears burden, explaining how burden may be satisfied, and setting forth details court must provide for adequate review); *Sprinkle v. Colvin*, 777 F.3d 421, 428 (7th Cir. 2015) (holding EAJA cost-of-living increase is not automatic; claimant must produce satisfactory evidence that

---

    *Although Adam Neidenberg frequently litigates social-security cases in this Court, little is known about Matthew Sauerwald, and it appears this may be his first social-security case in this Court.

requested rate is in line with those prevailing in community for similar services by attorneys of comparable skill and experience); *see also Robinson v. Comm'r of Soc. Sec.*, No. 8:13-cv-2073-T-23TGW, 2015 WL 176027 (M.D. Fla. Jan. 13, 2015) (unpublished) (adopting report and recommendation recommending $175 an hour for work in 2014).

      **Ordered** in Jacksonville, Florida, on February 24, 2016.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:     Counsel of Record