UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VALERIE WOLF,

    Plaintiff,

v.                                                                CASE NO. 8:13-cv-3222-T-23PDB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

A March 16, 2016 report (Doc. 35) recommends granting Valerie Wolf's

unopposed motions (Doc. 31, 34) for $3,675.95 in an attorney's fee.  The report and

recommendation (Doc. 35) is **ADOPTED**.  The motions (Doc. 31, 34) are

**GRANTED**.  The clerk is directed to enter a judgment for Wolf and against the

Commissioner of Social Security for $3,675.95 in an attorney's fee.

ORDERED in Tampa, Florida, on June 2, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE